# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**VS.**                                                  **CAUSE NO.: 4:22-cr-121-DMB-JMV-1**

**CHAUNCY BANKS**                                        **DEFENDANT**

## ORDER DENYING MOTION TO REVOKE PRETRIAL RELEASE

This matter is before the court on the Petition on Action on Conditions of Pretrial Release, ECF #67, filed by the U.S. Probation and Pretrial Services and the Government's Motion to Revoke Pretrial Release, ECF #73. For the reasons announced on the record at the conclusion of the hearing, the court does not find there is probable cause that the defendant Chauncy Banks has committed a Federal, State, or local crime while on release, nor does the find there is clear and convincing evidence that the defendant has violated any other condition of release. Therefore, pursuant to 18 U.S.C. § 3148, the U.S. Probation and Pretrial Services Petition and the Government's Motion must be and is hereby DENIED.

**THEREFORE,** it is hereby **ORDERED**, that the defendant Chauncy Banks is hereby ordered released under the same terms and conditions previously imposed by the court pending trial before United States District Judge Debra M. Brown.

SO ORDERED, this the 8th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE